UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDY GRACIANO,

                 Plaintiff,

-against-

REVERB.COM LLC,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020

1:20-cv-07813 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

     The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 6]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and, if the Parties are unable timely to memorialize the settlement in an agreement, without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 15, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: December 17, 2020**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**